FILED
OCT 14 2009
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| John W. Johnson, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 09 1935 |
| Maggie Chau, et al. | ) ) ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The plaintiff has filed a *pro se* complaint and an application to proceed *in forma pauperis*. The Court will grant the application to proceed *in forma pauperis* and dismiss the complaint.

Plaintiff, who identifies himself as the "Executive Director of the Watergate Anti-Crime Commission," Compl. at 6, filed this complaint entitled a "Petition for a Writ of Mandamus Corpus," against four individual defendants and the District of Columbia, *id.* at 1, alleging that three of the defendants told lies, *id.* at 3, 5. The complaint alleges that defendant Chau not only told lies, but also broke into his mailbox, added her own money to a check and mailed it, stole a check that belonged to plaintiff and cashed it, *id.* at 3,4, and while plaintiff was away, let a worker from Green Door[1] search plaintiff's room to look for "political evidence of anti-Marxism, the very same material that had already been so boldly destroyed, stolen, or merely taken out." *Id.* at 5. The complaint does not identify any harm traceable to the fourth named individual

---

[1] The court takes judicial notice that Green Door is a non-profit "community program that prepares women and men with schizophrenia, bipolar disorder and other mental illnesses to work and live independently in the District of Columbia." *See* http://www.greendoor.org.

defendant or the District of Columbia. For relief, the complaint asks the court to "compel the Defendants to honor the laws that they are now violating, and that a fine be ordered for the violations and that the amount of the fine be set by this most Honorable Court." *Id.* at 6.

Considered as a whole, the complaint presents the sort of "fantastic or delusional scenarios" that warrant dismissal of an action as frivolous. *Neitzke v. Williams*, 490 U.S. 319, 328 (1989). Accordingly, this complaint will be dismissed under 28 U.S.C. § 1915(e)(2)(B)(*i*) (requiring dismissal of frivolous complaints that are filed by plaintiffs proceeding *in forma pauperis*).

A separate order accompanies this memorandum opinion.

Date: 10/15/09

United States District Judge